THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY STEWART, Appellant. [867 NYS2d 697]—

The record does not establish that the defendant was informed, prior to entering his plea, that his sentence would necessarily include a period of postrelease supervision. As the

People concede, the plea must therefore be vacated (*see People v Louree*, 8 NY3d 541 [2007]; *People v Bernard*, 53 AD3d 586 [2008]; *People v Cook*, 49 AD3d 777 [2008]; *People v Thompson*, 47 AD3d 648 [2008]). Skelos, J.P., Dillon, Carni and Leventhal, JJ., concur.